DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

WARD v. LYALL

No. 211P97

Case below: 125 N.C.App. 732

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 June 1997. Motion by defendant to dismiss appeal for lack of substantial constitutional question allowed 5 June 1997.

WINN v. STATE OF NORTH CAROLINA

No. 149P97

Case below: 124 N.C.App. 788

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 June 1997.

WOODSTONE APTS. v. STYWALT

No. 75P97

Case below: 125 N.C.App. 215

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 June 1997.